1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8         UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

9
   MARIA OTILIA GOMES DE              CASE NO. 2:12-CV-00699-EFB
10 MEDEIROS,
                                      **STIPULATION AND ORDER**
11            Plaintiff,              **EXTENDING PLAINTIFF'S TIME TO**
                                      **FILE A MOTION FOR SUMMARY**
12 vs.                                **JUDGMENT**

13 MICHAEL J. ASTRUE,
   Commissioner of Social Security,
14
              Defendant.
15 _____/

16

17       IT IS HEREBY STIPULATED by and between the parties, through their respective

18 undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For

19 Summary Judgment in the above-referenced case is hereby extended from the present due date of

20 August 30, 2012, by forty-six days, to the new response date of October 15, 2012, and Defendant

21 shall file his brief on or before November 14, 2012.  This extension is requested because Plaintiff

22 has a particularly heavy briefing schedule this month.

23 ////

24 ////

25 ////

26 ////

27 ////

28

DATED: August 28, 2012

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX

*/s/ Ann M. Cerney*
ANN M. CERNEY,
Attorney for Plaintiff

*/s/ Armand D. Roth*
ARMAND D. ROTH,
Special Assistant U S Attorney
(As authorized via email on 8/27/12)
Attorneys for Defendant

**ORDER**

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Motion For Summary Judgment on or before October 15, 2012, and that Defendant shall file his brief on or before November 14, 2012.

SO ORDERED.

DATED:  August 30, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE