1 | Ann M. Cerney, SBN: 068748
Attorney at Law
2 | 45 Hunter Square Plaza
Stockton, California  95202
3 | Telephone: (209) 948-9384
Facsimile:  (209) 948-0706
4
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA OTILIA GOMES DE MEDEIROS, | CASE NO. 2:12-CV-00699-EFB |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of August 30, 2012, by forty-six days, to the new response date of October 15, 2012, and Defendant shall file his brief on or before November 14, 2012.  This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

////
////
////
////
////

---

1

STIPULATION AND ORDER  EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT

DATED: August 28, 2012

                                                        BENJAMIN B. WAGNER
                                                        United States Attorney
                                                        DONNA L. CALVERT
                                                        Acting Regional Chief Counsel, Region IX

*/s/ Ann M. Cerney*                                         */s/ Armand D. Roth*
ANN M. CERNEY,                                     ARMAND D. ROTH,
Attorney for Plaintiff                                  Special Assistant U S Attorney
                                                        (As authorized via email on 8/27/12)
                                                        Attorneys for Defendant

**ORDER**

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Motion For Summary Judgment on or before October 15, 2012, and that Defendant shall file his brief on or before November 14, 2012.

SO ORDERED.

DATED: August 30, 2012.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT